IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>$10,110.00 IN UNITED STATES CURRENCY,<br><br>                Defendant. | **CASE NO. 8:12CV200**<br><br>**ORDER** |

Before the Court are the Motion to Suppress Statement (Filing No. 21) and the Findings and Recommendation of Magistrate Judge F.A. Gossett (Filing No. 31). No objections have been filed. The Court has conducted a de novo review of the record and adopts the Findings and Recommendation in their entirety.

IT IS ORDERED:

1. Magistrate F.A. Gossett's Findings and Recommendation (Filing No. 31) are adopted in their entirety; and

2. The Defendant's Motion to Suppress Statements (Filing No. 21) is granted, in accordance with the Findings and Recommendation.

Dated this 8th day of April, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge