IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>$10,110.00 IN UNITED STATES CURRENCY,<br><br>                Defendant. | CASE NO. 8:12CV200<br><br><br>ORDER |

This matter is before the Court on the parties' joint Stipulation (Filing No. 35), advising that they have reached a settlement agreement. Having reviewed the Stipulation, the Court finds that it should be approved. Accordingly,

IT IS ORDERED:

1. The United States Marshals Services is directed to return the Defendant Property, $10,110.00 in United States Currency, to the Claimant, Deverick A. Simpson, together with interest accruing thereon from January 10, 2012, to date of payment. The United States Marshals Service shall tender said payment to the trust account of the Claimants' attorney of record, Brent M. Bloom;

2. The Plaintiff and the Claimant shall each pay their own costs and attorney's fees incurred as a result of this lawsuit; and

3. Upon receipt of the tendered funds, Mr. Bloom shall file a notice indicating receipt of the funds; and

4. Within thirty days of this Order, the parties shall file a joint stipulation for dismissal which will fully dispose of the case. Absent compliance with this order, this case may be dismissed without further notice.

Dated this 5th day of July, 2013.

                                        BY THE COURT:

                                        s/Laurie Smith Camp  
                                        Chief United States District Judge