# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>$10,110.00 IN UNITED STATES CURRENCY,<br><br>　　　　　Defendant. | CASE NO. 8:12CV200<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the parties' Stipulation for Dismissal with prejudice (Filing No. 38). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-entitled action will be dismissed with prejudice. The Court will not assess costs or attorneys' fees in this case. Accordingly,

IT IS ORDERED:

1. The parties' Stipulation for Dismissal with prejudice (Filing No. 38) is approved;

2. The above-entitled action will be dismissed with prejudice; and

3. The Court will not assess costs or attorneys' fees in this case.

Dated this 6th day of August, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge